# UNITED STATES DISTRICT Court
## DISTRICT OF COLORADO

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** <br> **(For a Petty Offense)** |
|---|---|
| v. | CASE NUMBER:  12-MJ-00113-DLW <br> U.S. MARSHAL'S NO: 38423-013 |
| OMAR CERVANTES-VALDEZ | TOM WILLIAMSON <br> (Defendant's Attorney) |

**THE Defendant:** Plead Guilty to Count 1 of the Amended Information.

**ACCORDINGLY,** the Court has adjudicated that the Defendant is guilty of the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. 13, 1152 and C.R.S. 18-4-503(1)(c)(2) | Second Degree Criminal Trespass | 03/06/12 | 1 |

The Defendant is sentenced as provided in pages 2 through 6 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The original Information is dismissed on the motion of the United States.

IT IS ORDERED that the Defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the Defendant shall notify the Court and United States Attorney of any material change in the Defendant's economic circumstances.

May 7, 2012
_____
Date of Imposition of Judgment

s/David L. West
_____
Signature of Judicial Officer

David L. West, U.S. Magistrate Judge
_____
Name & Title of Judicial Officer

May 7, 2012
_____
Date

DEFENDANT: OMAR CERVANTES-VALDEZ
CASE NUMBER: 12-MJ-00113-DLW

Judgment-Page 2 of 6

## PROBATION

The Defendant is hereby placed on probation for a term of one (1) Year.

The Defendant shall not commit another federal, state, or local crime and shall not illegally possess a controlled substance.

The Defendant shall refrain from any unlawful use of a controlled substance and shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

The Defendant shall attend a domestic violence rehabilitation program that has been approved by the Court, as directed by the probation officer.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of probation that the Defendant pay any such fine or restitution in accordance with the Schedule of Payments set forth in the Monetary Obligations sheet of this judgment.

The Defendant shall comply with the standard conditions that have been adopted by this Court (set forth below). The Defendant shall also comply with the additional conditions on the following page.

## STANDARD CONDITIONS OF SUPERVISION

1) The Defendant shall not leave the judicial district without the permission of the Court or probation officer.
2) The Defendant shall report to the probation officer as directed by the Court or probation officer and shall submit a truthful and complete written report within the first five days of each month.
3) The Defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.
4) The Defendant shall support his dependents and meet other family responsibilities.
5) The Defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons.
6) The Defendant shall notify the probation officer at least ten days prior to any change in residence or employment.
7) The Defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance, or any paraphernalia related to any controlled substance, except as prescribed by a physician.
8) The Defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.
9) The Defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.
10) The Defendant shall permit a probation officer to visit him at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer.

DEFENDANT: OMAR CERVANTES-VALDEZ
CASE NUMBER: 12-MJ-00113-DLW

Judgment-Page 3 of 6

11) The Defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.

12) The Defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the Court.

13) As directed by the probation officer, the Defendant shall notify third parties of risks that may be occasioned by the Defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the Defendant's compliance with such notification requirement.

14) The Defendant shall provide the probation officer with access to any requested financial information.

## ADDITIONAL CONDITIONS OF SUPERVISION

1. Defendant shall enroll in and successfully complete domestic violence counseling as determined by the probation officer.

2. Defendant shall complete twenty (20) hours of community service to be served within the Town of Ignacio, Colorado as determined by the probation officer.

DEFENDANT: OMAR CERVANTES-VALDEZ
CASE NUMBER: 12-MJ-00113-DLW                                               Judgment-Page 4 of 6

## MONETARY OBLIGATIONS

The Defendant shall pay the following monetary obligations in accordance with the schedule of payments set forth below.

| Count | Assessment | CVB | Fine | Restitution |
|---|---|---|---|---|
| 1 | $10.00 | 0 | $0.00 | $0.00 |
| **TOTALS** | $10.00 | | $0.00 | $0.00 |

DEFENDANT:  OMAR CERVANTES-VALDEZ
CASE NUMBER:  12-MJ-00113-DLW                                                                    Judgment-Page 5 of 6

## SCHEDULE OF PAYMENTS

Having assessed the Defendant's ability to pay, payment of the total monetary obligations shall be due as follows:

Immediately.

All monetary obligation payments, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the Court, unless otherwise directed by the Court, the probation officer, or the United States Attorney.

The Defendant shall receive credit for all payments previously made toward any monetary obligations imposed.

Payments shall be applied in the following order:  (1) special assessment.